■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HILL, Appellant. [668 NYS2d 126] —Judgment unanimously affirmed for reasons stated in decision at Monroe County Court, Egan, J. (Appeal from Judgment of Monroe County Court, Egan, J.—Murder, 2nd Degree.) Present—Denman, P. J., Green, Wisner, Balio and Boehm, JJ.